1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5                          OAKLAND DIVISION
6
7    MANUEL PEREZ RUVALCABA,
                                              No. C 10-0196 PJH (PR)
8                    Petitioner,
                                              **ORDER OF DISMISSAL**
9        vs.
10   MARY FUKAY,
11                   Respondent.
12   _____/
13        This is a habeas case filed pro se by a state prisoner.  On November 1, 2010, the

14   court's order of dismissal with leave to amend was returned as undeliverable with a

15   notation that petitioner was "not in custody."  Petitioner has not provided a current mailing

16   address.

17        More than sixty days have passed since the mail was returned.  This case is

18   **DISMISSED** without prejudice.  *See* Local R. 3-11(b).

19        **IT IS SO ORDERED.**

20   Dated:  January 18, 2011.        _____
21                                          PHYLLIS J. HAMILTON
                                        United States District Judge
22
23
24
25
26
27
28   P:\PRO-SE\PJH\HC.10\RUVALCABA0196.DSM-mail.wpd

United States District Court

For the Northern District of California